IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PLAYER TO BE NAMED LATER, LLC and SMOKEY JOE'S CAFÉ BROADWAY REVIVAL LLC,<br><br>　　　　　　　　　　Defendants. | Civil Case No.:18-cv-04542-PKC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff UBS Financial Services Inc., and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants Player To Be Named Later, LLC and Smokey Joe's Café Broadway Revival LLC.

DATED:  June 7, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRESSLER, AMERY & ROSS. P.C.

　　　　　　　　　　　　　　　　　　　By:　　/s/  Andrew W. Sidman
　　　　　　　　　　　　　　　　　　　Andrew W. Sidman, Esq.
　　　　　　　　　　　　　　　　　　　17 State Street
　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　Tel: (212) 425-9300; Fax: (212) 425-9337
　　　　　　　　　　　　　　　　　　　E-Mail: asidman@bressler.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff,*
　　　　　　　　　　　　　　　　　　　*UBS Financial Services Inc.*